# Exhibit A

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 2,791,044
Registered Dec. 9, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## FOOD NETWORK

TELEVISION FOOD NETWORK, G.P. (PARTNERSHIP)
1180 AVENUE OF THE AMERICAS, 12TH FLOOR
NEW YORK, NY 10036

FOR: CABLE TELEVISION BROADCASTING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-1996; IN COMMERCE 4-0-1996.

OWNER OF U.S. REG. NOS. 2,090,091 AND 2,230,206.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NETWORK", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-077,052, FILED 8-2-2001.

MARK T. MULLEN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**  Reg. No. 2,771,532
Registered Oct. 7, 2003

## SERVICE MARK
PRINCIPAL REGISTER

## FOOD NETWORK

TELEVISION FOOD NETWORK, G.P. (PARTNERSHIP)
1180 AVENUE OF THE AMERICAS, 12TH FLOOR
NEW YORK, NY 10036

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF ONGOING AUDIO-VISUAL PROGRAMS PROVIDED VIA TELEVISION, SATELLITE AND DIGITAL AUDIO AND VIDEO TRANSMISSION OVER WIRED AND WIRELESS NETWORKS IN THE FIELDS OF COOKING AND CULINARY ARTS, HEALTH, FITNESS, AND NUTRITION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-0-1996; IN COMMERCE 4-0-1996.

OWNER OF U.S. REG. NOS. 2,090,091 AND 2,230,206.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NETWORK", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-077,054, FILED 8-2-2001.

MARK T. MULLEN, EXAMINING ATTORNEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 2,924,168
Registered Feb. 1, 2005

## SERVICE MARK
## PRINCIPAL REGISTER



TELEVISION FOOD NETWORK, G.P. (PARTNERSHIP)
1180 AVENUE OF THE AMERICAS, 11TH FLOOR
NEW YORK, NY 10036

FOR: CABLE TELEVISION BROADCASTING SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-27-2003; IN COMMERCE 2-27-2003.

OWNER OF U.S. REG. NOS. 2,090,091, 2,771,532, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NETWORK", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "FOOD".

SN 78-195,402, FILED 12-17-2002.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,924,169
Registered Feb. 1, 2005

## SERVICE MARK
## PRINCIPAL REGISTER



TELEVISION FOOD NETWORK, G.P. (PARTNERSHIP)
1180 AVENUE OF THE AMERICAS, 11TH FLOOR
NEW YORK, NY 10036

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF ONGOING TELEVISION PROGRAMS IN THE FIELD OF COOKING AND CULINARY ARTS, HEALTH, FITNESS AND NUTRITION AND DISTRIBUTION FOR OTHERS AND PRODUCTION OF TELEVISION PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-27-2003; IN COMMERCE 2-27-2003.

OWNER OF U.S. REG. NOS. 2,090,091, 2,771,532, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NETWORK", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "FOOD".

SN 78-195,440, FILED 12-17-2002.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,929,656
Registered Mar. 1, 2005

## SERVICE MARK
## PRINCIPAL REGISTER



TELEVISION FOOD NETWORK, G.P. (PARTNERSHIP)
1180 AVENUE OF THE AMERICAS, 11TH FLOOR
NEW YORK, NY 10036

FOR: PROVIDING INFORMATION VIA A GLOBAL COMPUTER INFORMATION NETWORK IN THE FIELDS OF COOKING AND CULINARY ARTS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 2-27-2003; IN COMMERCE 2-27-2003.

OWNER OF U.S. REG. NOS. 2,090,091, 2,771,532, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NETWORK", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "FOOD".

SN 78-195,458, FILED 12-17-2002.

CAROLINE WOOD, EXAMINING ATTORNEY

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

**United States Patent and Trademark Office**

Reg. No. 3,607,718
Registered Apr. 14, 2009

## TRADEMARK
## PRINCIPAL REGISTER

# FOOD NETWORK

TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: BUTCHER KNIVES; CAN OPENERS; CARVING KNIVES; CHEESE, EGG, PIZZA AND VEGETABLE SLICERS; CHEF KNIVES, CUTLERY, NAMELY, FORKS, SPOONS, KNIVES AND SCALERS; FLATWARE, NAMELY, FORKS, SPOONS AND KNIVES; HAND-OPERATED CHOPPERS; HAND-OPERATED SHARPENING TOOLS AND INSTRUMENTS; HAND-OPERATED SLICERS; HAND-OPERATED VEGETABLE SHREDDERS; HAND TOOLS, NAMELY, ICE PICKS AND TONGS; KNIFE SHARPENERS AND SHEATHS; KITCHEN, BUTCHER AND PARING KNIVES; NON-ELECTRIC VEGETABLE PEELERS; PIZZA CUTTERS; STAINLESS STEEL TABLE KNIVES, FORKS AND SPOONS; AND ZESTERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,771,532, 2,929,656, AND OTHERS.

SN 78-882,794, FILED 5-12-2006.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 3,607,719
Registered Apr. 14, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# FOOD NETWORK

TELEVISION FOOD NETWORK, G.P. (CONNECTICUT PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: BAKEWARE; BAKING DISHES; BEER MUGS; BEVERAGE GLASSWARE; BEVERAGEWARE; BOTTLE OPENERS; BOWLS; BREAD BOARDS, BOXES AND CASES; BRUSHES FOR BASTING MEAT; BUTTER COOLERS, DISHES AND PANS; BUTTER-DISH AND CHEESE-DISH COVERS; CAKE BRUSHES, MOLDS, PANS, RESTS, RINGS, SERVERS, STANDS AND TINS; CANISTER SETS; CARVING BOARDS; CASSEROLES; CHEESE GRATERS; CHOPPING BOARDS FOR KITCHEN USE; LEMON SQUEEZERS; COFFEE CUPS, MEASURES, POTS NOT OF PRECIOUS METAL, SERVICES NOT OF PRECIOUS METAL AND STIRRERS; COLANDERS; CONFECTIONERS' DECORATING BAGS; COOKIE CUTTERS, JARS AND SHEETS; COOKING POTS AND PANS, SIEVES AND SIFTERS, SKEWERS, STEAMERS AND STRAINERS; COOKWARE, NAMELY, POTS AND PANS, ROASTING PANS AND STEAMERS; COOLERS FOR WINE; CUPS; CUTTING BOARDS; DECORATING BAGS FOR CONFECTIONERS; DINNERWARE, NAMELY, PLATES, CUPS AND SAUCERS; DISHES AND PLATES; DISPENSERS FOR LIQUID SOAP AND FOR PAPER TOWELS; DRINKING CUPS AND GLASSES; DUTCH OVENS; EARTHENWARE MUGS; EGG CUPS, POACHERS AND SEPARATORS; FRYING PANS; GARLIC PRESSES; GLASS BEVERAGEWARE, BOWLS, CARAFES, DISHES, MUGS, PANS AND STORAGE JARS; GOBLETS; GRAVY BOATS; HOUSEHOLD CONTAINERS FOR FOODS; HOUSEHOLD UTENSILS, NAMELY, GRATERS, SIEVES, SPATULAS AND TURNERS; ICE CREAM SCOOPS; KITCHEN LADLES AND URNS; KNIFE BLOCKS, BOARDS AND RESTS; MEAL TRAYS; MIXING CUPS AND SPOONS; MUFFIN TINS; MUGS; NAPKIN HOLDERS AND NAPKIN RINGS NOT OF PRECIOUS METAL; NON-ELECTRIC EGG BEATERS, GRIDDLES, JUICERS, KETTLES, KITCHEN CONTAINERS NOT OF PRECIOUS METAL, PRESSURE COOKERS AND PRESSURE COOKING SAUCEPANS; OVEN TO TABLE RACKS; OVENWARE; PASTRY BOARDS, CUTTERS AND MOLDS; PIE PANS AND SERVERS; PLATES; POTS; ROASTING DISHES; ROLLING PINS; SALAD BOWLS AND SPINNERS; SAUCEBOATS NOT OF PRECIOUS METAL; SAUCEPANS; SAUCERS; SCRAPERS FOR HOUSEHOLD USE; SERVING BOWLS, DISHES, FORKS, LADLES, SPOONS AND TONGS; SERVING PLATTERS AND TRAYS NOT OF PRECIOUS METAL; SLOTTED SPOONS; SOUP TUREENS; STEMWARE; TRAYS NOT OF PRECIOUS METAL; UTENSILS FOR BARBECUES, NAMELY, FORKS, TONGS AND TURNERS; WHISKS; WOKS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,771,532, 2,929,656, AND OTHERS.

SN 78-882,850, FILED 5-12-2006.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31, and 34

**United States Patent and Trademark Office**

Reg. No. 3,607,720
Registered Apr. 14, 2009

## TRADEMARK
## PRINCIPAL REGISTER

# FOOD NETWORK

TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: COOKING POTS, DUTCH OVENS, EGG BROILERS AND COOKERS, TOASTERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,771,532, 2,929,656, AND OTHERS.

SN 78-882,855, FILED 5-12-2006.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 3,607,721
Registered Apr. 14, 2009

TRADEMARK
PRINCIPAL REGISTER

# FOOD NETWORK

TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: CHEESE CLOTH; DISH CLOTHS; FABRIC TABLE RUNNERS AND TABLE TOPPERS; OVEN MITTS; PLACE MATS NOT OF PAPER; PLACE MATS OF TEXTILE MATERIAL; TABLE LINEN, NAMELY, COASTERS, NAPKINS AND PLACE MATS; TABLE MATS NOT OF PAPER; TEXTILE NAPKINS, PLACE MATS AND TABLECLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,771,532, 2,929,656, AND OTHERS.

SN 78-882,857, FILED 5-12-2006.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

United States Patent and Trademark Office

Reg. No. 3,607,722
Registered Apr. 14, 2009

## TRADEMARK
## PRINCIPAL REGISTER



TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: CHEESE CLOTH; DISH CLOTHS; FABRIC TABLE RUNNERS AND TABLE TOPPERS; OVEN MITTS; PLACE MATS NOT OF PAPER; PLACE MATS OF TEXTILE MATERIAL; TABLE LINEN, NAMELY, COASTERS, NAPKINS AND PLACE MATS; TABLE MATS NOT OF PAPER; TEXTILE NAPKINS, PLACE MATS AND TABLECLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

OWNER OF U.S. REG. NOS. 2,924,168, 2,929,656, AND OTHERS.

SN 78-883,219, FILED 5-15-2006.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 3,607,723
Registered Apr. 14, 2009

## TRADEMARK
### PRINCIPAL REGISTER



TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: BAKEWARE; BAKING DISHES; BEER MUGS; BEVERAGE GLASSWARE; BEVERAGEWARE; BOTTLE OPENERS; BOWLS; BREAD BOARDS, BOXES AND CASES; BRUSHES FOR BASTING MEAT; BUTTER COOLERS, DISHES AND PANS; BUTTER-DISH AND CHEESE-DISH COVERS; CAKE BRUSHES, MOLDS, PANS, RESTS, RINGS, SERVERS, STANDS AND TINS; CANISTER SETS; CARVING BOARDS; CASSEROLES; CHEESE GRATERS; CHOPPING BOARDS FOR KITCHEN USE; LEMON SQUEEZERS; COFFEE CUPS, MEASURES, POTS NOT OF PRECIOUS METAL, SERVICES NOT OF PRECIOUS METAL AND STIRRERS; COLANDERS; CONFECTIONERS' DECORATING BAGS; COOKIE CUTTERS, JARS AND SHEETS; COOKING POTS AND PANS, SIEVES AND SIFTERS, SKEWERS, STEAMERS AND STRAINERS; COOKWARE, NAMELY, POTS AND PANS, ROASTING PANS AND STEAMERS; COOLERS FOR WINE; CUPS; CUTTING BOARDS; DECORATING BAGS FOR CONFECTIONERS; DINNERWARE, NAMELY, PLATES, CUPS AND SAUCERS; DISHES AND PLATES; DISPENSERS FOR LIQUID SOAP AND FOR PAPER TOWELS; DRINKING CUPS AND GLASSES; DUTCH OVENS; EARTHENWARE MUGS; EGG CUPS, POACHERS AND SEPARATORS; FRYING PANS; GARLIC PRESSES; GLASS BEVERAGEWARE, BOWLS, CARAFES, DISHES, MUGS, PANS AND STORAGE JARS; GOBLETS; GRAVY BOATS; HOUSEHOLD CONTAINERS FOR FOODS; HOUSEHOLD UTENSILS, NAMELY, GRATERS, SIEVES, SPATULAS AND TURNERS; ICE CREAM SCOOPS; KITCHEN LADLES AND URNS; KNIFE BLOCKS, BOARDS AND RESTS; MEAL TRAYS; MIXING CUPS AND SPOONS; MUFFIN TINS; MUGS; NAPKIN HOLDERS AND NAPKIN RINGS NOT OF PRECIOUS METAL; NON-ELECTRIC EGG BEATERS, GRIDDLES, JUICERS, KETTLES, KITCHEN CONTAINERS NOT OF PRECIOUS METAL, PRESSURE COOKERS AND PRESSURE COOKING SAUCEPANS; OVEN TO TABLE RACKS; OVENWARE; PASTRY BOARDS, CUTTERS AND MOLDS; PIE PANS AND SERVERS; PLATES; POTS; ROASTING DISHES; ROLLING PINS; SALAD BOWLS AND SPINNERS; SAUCEBOATS NOT OF PRECIOUS METAL; SAUCEPANS; SAUCERS; SCRAPERS FOR HOUSEHOLD USE; SERVING BOWLS, DISHES, FORKS, LADLES, SPOONS AND TONGS; SERVING PLATTERS AND TRAYS NOT OF PRECIOUS METAL; SLOTTED SPOONS; SOUP TUREENS; STEMWARE; TRAYS NOT OF PRECIOUS METAL; UTENSILS FOR BARBECUES, NAMELY, FORKS, TONGS AND TURNERS; WHISKS; WOKS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

OWNER OF U.S. REG. NOS. 2,924,168, 2,929,656, AND OTHERS.

SN 78-883,223, FILED 5-15-2006.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

**United States Patent and Trademark Office**

Reg. No. 3,607,724
Registered Apr. 14, 2009

## TRADEMARK
### PRINCIPAL REGISTER



TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: BUTCHER KNIVES; CAN OPENERS; CARVING KNIVES; CHEESE, EGG, PIZZA AND VEGETABLE SLICERS; CHEF KNIVES; CUTLERY, NAMELY, FORKS, SPOONS, KNIVES AND SCALERS; FLATWARE, NAMELY, FORKS, SPOONS AND KNIVES; HAND-OPERATED CHOPPERS; HAND-OPERATED SHARPENING TOOLS AND INSTRUMENTS; HAND-OPERATED SLICERS; HAND-OPERATED VEGETABLE SHREDDERS; HAND TOOLS, NAMELY, ICE PICKS AND TONGS; KNIFE SHARPENERS AND SHEATHS; KITCHEN, BUTCHER AND PARING KNIVES; NON-ELECTRIC VEGETABLE PEELERS; PIZZA CUTTERS; STAINLESS STEEL TABLE KNIVES, FORKS AND SPOONS; ZESTERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

OWNER OF U.S. REG. NOS. 2,924,168, 2,929,656, AND OTHERS.

SN 78-883,231, FILED 5-15-2006.

ELI HELLMAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,607,725
Registered Apr. 14, 2009

## TRADEMARK
## PRINCIPAL REGISTER



TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: MEASURING SPOONS, MEASURING CUPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

OWNER OF U.S. REG. NOS. 2,924,168, 2,929,656, AND OTHERS.

SN 78-883,235, FILED 5-15-2006.

ELI HELLMAN, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31, and 34

United States Patent and Trademark Office

Reg. No. 3,607,726
Registered Apr. 14, 2009

## TRADEMARK
### PRINCIPAL REGISTER



TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: COOKING POTS, DUTCH OVENS, EGG BROILERS AND COOKERS, TOASTERS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

OWNER OF U.S. REG. NOS. 2,924,168, 2,929,656, AND OTHERS.

SN 78-883,250, FILED 5-15-2006.

ELI HELLMAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,613,969
Registered Apr. 28, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# FOOD NETWORK

TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

FOR: MEASURING SPOONS; MEASURING CUPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,771,532, 2,929,656, AND OTHERS.

SN 78-882,799, FILED 5-12-2006.

IRA J. GOODSAID, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# FOOD NETWORK

**Reg. No. 3,874,130**  
**Registered Nov. 9, 2010**  
**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)  
1180 AVENUE OF THE AMERICAS  
NEW YORK, NY 10036

FOR: PRINTED MATERIALS AND PUBLICATIONS, NAMELY, A MAGAZINE ABOUT FOOD AND COOKING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-1-2008; IN COMMERCE 11-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

OWNER OF U.S. REG. NOS. 2,771,532, 3,319,967, AND OTHERS.

SN 77-665,187, FILED 2-6-2009.

BRIAN PINO, EXAMINING ATTORNEY



*David J. Kappos*  
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,948,271**    TELEVISION FOOD NETWORK, G.P. (DELAWARE PARTNERSHIP)
1180 AVENUE OF THE AMERICAS
**Registered Apr. 19, 2011** NEW YORK, NY 10036

**Int. Cl.: 16**    FOR: PRINTED MATERIALS AND PUBLICATIONS, NAMELY, A MAGAZINE ABOUT FOOD AND COOKING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**TRADEMARK**    FIRST USE 11-1-2008; IN COMMERCE 11-1-2008.

**PRINCIPAL REGISTER**    OWNER OF U.S. REG. NOS. 2,924,168, 2,924,169, AND 2,929,656.

SEC. 2(F) AS TO "FOOD".

THE MARK CONSISTS OF THE STYLIZED WORDS "FOOD NETWORK" WITHIN A SHADED CIRCLE.

SN 77-665,189, FILED 2-6-2009.

BRIAN PINO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office