POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> MARC S. REINER, ESQ. <br> ANDERSON KILL & OLICK <br> 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 <br> TELEPHONE NO.:          FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: mreiner@andersonkill.com <br> ATTORNEY FOR *(Name)*: PLAINTIFF: TELEVISION FOOD NETWORK, G.P. | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT-DANIEL PATRICK MOYNIHAN COURTHOUSE |
|---|
| STREET ADDRESS: 500 PEARL ST. |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: NEW YORK, NY 10007 |
| BRANCH NAME: SOUTHERN DISTRICT OF NEW YORK |

| PLAINTIFF/PETITIONER: TELEVISION FOOD NETWORK, G.P. <br> DEFENDANT/RESPONDENT: POPCORNOPOLIS, LLC | CASE NUMBER: <br> 12 CV 6087 |
|---|---|
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 102352-SNI02 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:  **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served)*:
   **POPCORNOPOLIS, LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **MEGAN SEYMOUR @ NATIONAL REGISTERED AGENTS, INC. - SUBPOENA CLERK**

4. Address where the party was served: **2875 MICHELLE DR. #100 IRVINE, CA 92606**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/24/2012** (2) at *(time)*: **10:30 am**
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/VN103375

| PETITIONER: **TELEVISION FOOD NETWORK, G.P.** | CASE NUMBER: |
|---|---|
| RESPONDENT: **POPCORNOPOLIS, LLC** | 12 CV 6087 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                      (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☒ On behalf of *(specify)*: **POPCORNOLOPIS, LLC**
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                          ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)               ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                         ☐ 415.46 (occupant)
                                                                        ☒ other: **LLC**

7. **Person who served papers**
   a. Name: **BOB SHULTZ - REZAC-MEYER ATTORNEY SERVICE**
   b. Address: **1610 BEVERLY BLVD., #3  LOS ANGELES, CA 90026**
   c. Telephone number: **(213) 481-1770**
   d. **The fee** for service was: **$ 80.00**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ **owner**  ☐ **employee**  ☒ **independent contractor.**
          (ii) Registration No.: **PSC 1989**
          (iii) County: **Orange**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **08/27/2012**

**REZAC-MEYER ATTORNEY SERVICE**
**1610 BEVERLY BLVD., #3**
**LOS ANGELES, CA 90026**
**(213) 481-1770**

**BOB SHULTZ**                    ▶                                
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)