UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEVISION FOOD NETWORK, G.P.,<br><br>              Plaintiff,<br><br>   v.<br><br>POPCORNOPOLIS, LLC,<br><br>              Defendant. | Civil Action No. 12-Civ-6087 (PGG)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:   The Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in the above-referenced action as counsel for Defendant Popcornopolis, LLC.

Dated: October 12, 2012
      New York, New York

/s/ Nicholas J. Tardif
Nicholas J. Tardif
COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, New York 10010
Tel:  (212) 974-7474
Fax:  (212) 974-8474
ntardif@cdas.com

*Attorneys for Defendant*