UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELEVISION FOOD NETWORK, G.P.,

        Plaintiff,

v.

POPCORNOPOLIS, LLC,

        Defendant.

Civil Action No. 12-Civ-6087 (PGG)

ECF Case

**NOTICE OF APPEARANCE**

To: The Clerk of this Court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in the above-referenced action as counsel for Defendant Popcornopolis, LLC.

Dated: October 12, 2012
      New York, New York

      /s/ Nancy E. Wolff
      Nancy E. Wolff
      COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
      41 Madison Avenue, 34th Floor
      New York, New York 10010
      Tel: (212) 974-7474
      Fax: (212) 974-8474
      nwolff@cdas.com

      *Attorneys for Defendant*