UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELEVISION FOOD NETWORK, G.P.,

        Plaintiff,

v.

POPCORNOPOLIS, LLC,

        Defendant.

Civil Action No. 12-Civ-6087 (PGG)

ECF Case

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Popcornopolis, LLC states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 12, 2012

        COWAN, DeBAETS, ABRAHAMS
        & SHEPPARD LLP

        By:    /s/ Nancy E. Wolff
            Nancy E. Wolff
            Nicholas J. Tardif
            41 Madison Avenue, 34th Floor
            New York, New York 10010
            Tel:  (212) 974-7474
            Fax:  (212) 974-8474
            nwolff@cdas.com
            ntardif@cdas.com

        *Attorneys for Defendant*