UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TELEVISION FOOD NETWORK, G.P., | Plaintiff, | 12- cv -6087   ( PGG ) |
| -against- | | ORDER FOR ADMISSION PRO HAC VICE |
| POPCORNOPOLIS, LLC, | Defendant. | |

The motion of __William A. Logan, Jr._____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California_____; and that his/her contact information is as follows (please print):

    Applicant's Name:  William A. Logan, Jr.

    Firm Name:  PUTTERMAN LOGAN & GILES LLP

    Address:  2175 N. California Blvd., Suite 805

    City / State / Zip:  Walnut Creek, CA  94596

    Telephone / Fax:  925-945-6792 / 415-376-0956

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant POPCORNOPOLIS, LLC_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Oct. 23, 2012

_____
United States District /~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/12