UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELEVISION FOOD NETWORK, G.P.,

        Plaintiff,

v.

POPCORNOPOLIS, LLC,

        Defendant

Civil Action No. 12-Civ-6087 (PGG)

ECF Case

## DEMAND FOR JURY TRIAL

Defendant Popcornopolis, LLC hereby demands a jury trial as provided by the Federal Rules of Civil Procedure.

Dated: October 29, 2012
       Walnut Creek, California

PUTTERMAN LOGAN & GILES LLP

By: _____/s/ William A. Logan, Jr._____
     William A. Logan, Jr.
     2175 N. California Blvd., Suite 805
     Walnut Creek, CA 94596
     Tel: (925) 945-6792
     Fax: (415) 376-0956
     wlogan@plglawyers.com

*Attorneys for Defendant*